UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE DIVISION

## CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Evidentiary Hearing: Warren Aiken
Inmate # 638376
(Enter full name of Plaintiff)

1-13-cv-253 MP/GRJ
A:07cv42 Murphy's

vs. Appointed To: U.S. MAGISTRATE CIVIL CASE    CASE NO: 01-14254CF10A
JUDGE ASSISTANCE = MR. BARRY S. SELTZER  (To be assigned by Clerk)

Respondent(s): STAFF Correctional
C.O. # MR. RALLY ———— 5:00 PM To 7:30 AM DAYBREAK MORNINGS Hours
                                              OVERTIME Night Shift wing:
SANTE ROSA Correctional Institution
5850 EAST MILTON ROAD,
MILTON, Florida 32583.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec'd 1204'13 USDcFlnt AM0949  KM

I. **PLAINTIFF:** U.S. MAGISTRATE CIVIL CASE JUDGE: MR. BARRY S. SELTzer

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: RESPONDENTS: STAFF corrections C.O. 9 MR. RALLY
Inmate Number: STAFF MEMBER - Food SERVICE
Prison or Jail: SANTA ROSA CORRECTIONAL INSTITUTION
Mailing address: 5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

II. **DEFENDANT(S):** DEFAULT APPEALING: Warren Aiken

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Warren Aiken
Official position: CONFINEMENT - CM2
Employed at: SANTA ROSA CORRECTIONAL institution
Mailing address: 5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

(2) Defendant's name: U.S. MAGISTRATE CIVIL CASE Judge: Mr. BARRY S. SELTzer
Official position: (U.S. MAGISTRATE JUDGE)
Employed at: 201 S.E. 6TH STREET Courtroom 1C8.
Mailing address: FORT LAUDERDALE, FLORIDA 33301
WEBSITE.COM (954) 769-5400

(3) Defendant's name: U.S. DISTRICT COURT PLAINTIFF: MR. JOHN STEELE- P.A.
Official position: UNITED STATES DISTRICT COURT
Employed at: 400 NORTH MIAMI AVENUE
Mailing address: MIAMI, FLORIDA 33128-7716

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

7. Facts and claims of case: MAin JAiL Broward county Circuit courtHouse: U.S. Magistrate Judge: Mr. Barry S. Seltzer 201 S.E. 6th Street #108 Fort Laud. Florida 33301

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)? WEBSITE- com (954) 769-5400 (magistrate Judge)

Yes(✓)      No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action: 01-14254CF10A Reinstated APPEAL:
   a. Plaintiff(s): U.S. District Court Plaintiff: Mr. John Steele - P.A.
   b. Defendant(s): Evidentiary Hearing: Warren Aiken
2. District and judicial division: Main Jail Broward County Circuit courthouse:
3. Name of judge: Mr. Barry S. Seltzer    Case #: 01-14254CF10A
4. Approximate filing date: November 17, 2013
5. If not still pending, date of dismissal: Jurisdiction
6. Reason for dismissal: Jurisdiction Law Procedures
7. Facts and claims of case: Alternative Threats were made by the Staff member Corrections C.O. MR. RALLY Have refusal to inmate privileges

**(Attach additional pages as necessary to list cases.)** IN Food Service Grounds Law:

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)      No( )

1. Parties to previous action: 01-14254 CF10A Reinstated APPEAL:
   a. Plaintiff(s): U.S. District Court Plaintiff: Mr. John Steele - P.A.
   b. Defendant(s): Evidentiary Hearings: Warren Aiken
2. District and judicial division: Main Jail Broward County circuit courthouse:
3. Name of judge: Mr. Barry S. Seltzer    Case Docket # 01-19254CF10A
4. Approximate filing date: 11-17-2013    Dismissal date: 11-17-2013
5. Reason for dismissal: Alternative Threats were made by Staff member Correctional C-O. MR. RALLY to Refusal inmates of Food Service privileges by Grounds Law.

### III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes(✓)   No( )

   1. Parties to previous action: 01-14254CF10A REINStAtied APPEAL:
      (a) Plaintiff(s): US DISTRICT COURT PLAINTIFF: Mr. JoHN STEELE - F.A.
      (b) Defendant(s): EVIDENTIARY HEARING: Warren Aiken
   2. Name of judge: MR. BARRY S. SELTZER   Case #: 01-14254CF10A
   3. County and judicial circuit: MAIN JAIL BROWARD COUNTY CirCuiT CourTHouse
   4. Approximate filing date: November 17, 2013
   5. If not still pending, date of dismissal: November 17, 2013
   6. Reason for dismissal: Jurisdiction has been Factual Thrown.
   7. Facts and claims of case: ALTernative THREATS were made by STAFF member Corrections C.O. - MR. RALLY by Food Service to Refusal inmate Privileges.

   **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes(✓)   No( )

   1. Parties to previous action: 01-14254CF10A REINStAtied APPEAL:
      a. Plaintiff(s): US DISTRICT COURT PLAINTIFF: Mr. JoHN STEFIF - P.A.
      b. Defendant(s): EVIDENTIARY Hearing: Warren Aiken
   2. District and judicial division: Main Jail Broward County Circuit courTHouse
   3. Name of judge: Mr. BArrY S. SelTzer   Case #: 01-14254CF10A
   4. Approximate filing date: November 17, 2013
   5. If not still pending, date of dismissal: Jurisdiction
   6. Reason for dismissal: Alternative THREATS - were made by STAFF member Corrections C.O. - MR. RALLY bv FOOD SERVICE to REFUSAL of inmate GROUNDS LAW PRIVILEGES.

OBJECTION TO CONCLUSION; 4:07-cv-00421-MP-WCS (NOTICE OF TRANSFER). This rule is intended to supercede Nellen v. State 226 So. 2d 354 (Fla. 1st DCA 1969) in which a petition for a common law writ of certiorari was dismissed by the district court of Appeal because review was properly by Appeal. Under to the appropriate circuit court and Engel v. City of North Miami So. 2d 1 (Fla. 1959) in which a petition for a writ of certiorari was dismissed because review should have been by Appeal. Under this Rule a petition for a writ of certiorari should be treated as a notice of if timely.

Subdivision (d) is the appellate procedure counterpart of the harmless error statute section 59.041 Florida Statutes (1975). It incorporates the concept contained in Former Procedures matters. Contained in Former Rule 3.2(c) which provided that deficiencies in the form or substance of a Notice of APPEAL were not grounds for dismissal of (Transfers inmate. Absent) a clear showing that the adversary had been misled or prejudiced. Amendments should be Liberally allowed under this Rule including Pleadings in the Lower Tribunal, if it would not Result in irremediable prejudice. (Condition Release Transfer PPRD)

Subdivision (e) is intended to make clear that Assignments of error have been established by these Grounds (General Rules to Procedures. It is not intended the scope of Review to matters other than Judical Acts. If less than the entire Records as defined in Rule 9.208 (a)(1) is to be filed Rule 9.200 (a)(2). Requires service of a statement of the Judical Acts for which Review is Sought. The Requirement also applies under Rule 9.140(d). As explained in the commentary accompanying those Provisions. Such a Statement Does not have the same Legal effects as an assignment of error under the Former Rule.

Subdivision (f) Permits Payment of Filing Fees by check or Moneyorder and Carries forward the substance of Former Rule 3.2(a) which allowed Payment in cash. Subdivision (G) is derived from Former Rule 3.2(a) and 3.2(e) Under these Rules notices and fees are filed in the Lower Tribunal unless specifically stated otherwise. The Clerk must transmit the notice and fees immediately. The requirement replaces the Provision of the Former Rules that the notice be Transmitted within (5) DAYS to these Adjustments made by the U.S. District Court order Plaintiff JUDGES.

6. Facts and claims of case: <u>United States District Court Florida Bar:</u>
<u>U.S. District Court Plaintiff: Mr. Joseph Tringali - Prosecutor Defense.</u>

(Attach additional pages as necessary to list cases.)

UNITED STATES DISTRICT COURT TO FLORIDA BAR
APPOINTED TO: U.S. DISTRICT COURT PLAINTIFF: MR. JOSEPH TRINGALI
111 N. ADAMS STREET SUITE 322
TALLAHASSEE, FLORIDA 32301-7730

## V. STATEMENT OF FACTS: OBJECTIONS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)** Alternative Threats were made by Staff members.

OBJECTIONS to conclusions:

### Committee Notes

1977 Amendment. This rule sets forth several miscellaneous matters of General Applicability.

Subdivision (A) is derived from the last sentence of former rule 2.1(A) which concerned direct APPEALS to the supreme court.

This Provision is Appeals to the Supreme court. The Provision is intended to guarantee that once the jurisdiction of any court is properly invoked, the court may determined the entire case to the extent permitted by substantive law. This rule does extend or limit the constitutional law or statutory jurisdiction of any court.

Subdivisions (b) and (c) implement article V, sections 2(a) Florida Constitution. Former rule 2.1(a) 5×0 authorized Transfer if an improper forum was choosen, but the Former rules did not address the Problem of improper remedies being sought. The advisory committee does not consider it to be the responsibility of the court to seek the proper remedy for any party, but a court may not deny remedy is because a proper remedies is different is proper. Under these Provisions a case will not be dismissed Automatically because a party seek an improper remedy or invokes the Jurisdiction of the wrong court.

The court must instead treat the case as if the court properly remedy had been sought and transfer it to the court having jurisdiction. All Filings in the case have the same legal effect as though or originally filed in the court to which transfer is made.

5

VI. **STATEMENT OF CLAIMS:** Reinstated Custody: 01-14254CF10A

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

UNITED STATES DISTRICT COURT
Office of The Clerk - Room BN09
400 NORTH MIAMI AVENUE
Miami, Florida 33128-7716

VII. **RELIEF REQUESTED:** U.S. indigency Legal Mailbox code: 111

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

indigency Mailing Appeal inmate: Warren Aiken Jr.
Santa Rosa Correctional inst.
5850 East Milton Road
Milton, Florida 32583

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

November 17, 2013
(Date)

Evidentiary Hearing: Warren Aiken Jr.
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _17th_ day of _November 17th_, 20_13_.

Evidentiary Hearing = Warren Aiken Jr.
(Signature of Plaintiff)

Revised 03/07

7

Filing Complaint ordered
Format: Warren Aiken Jr.
SANTA ROSA Correctional Institution
5850 EAST MILTON ROAD
Milton, Florida 32583

D.C. Docket: 638376 / U.S. Indigency Mailbox: 111
Confinement Cell: GNO-7 Lower floor Entrance



U.S. POSTAGE >> PITNEY BOWES
ZIP 32583 $ 000.46⁰
02 1W
0001370476 NOV 19 2013

[[CLERK U.S. DISTRICT COURT]]
U.S. DISTRICT COURT PLAINTIFF
DEFENSE PROSECUTOR P.A.: Mr. Joseph Tringali
111 N. ADAMS STREET #322
TALLAHASSEE, FLORIDA
32301-7730

**LEGAL MAILED USE**

PROVIDED TO
SANTA ROSA C.I. ON
NOV 1 8 2013
W.A.J.
FOR MAILING

LEGAL MAIL

Case 1:13-cv-00253-MP-GRJ Document 1 Filed 12/03/13 Page 9 of 9