IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN AIKEN, JR,

    Plaintiff,

v.                         CASE NO. 1:13-cv-00253-MP-GRJ

BARRY S SELTZER,
JOHN STEELE,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 5, the Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be denied and this case be dismissed without prejudice pursuant to the three-strikes bar of 28 U.S.C. § 1915(g). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is DENIED.

3. Pursuant to 28 U.S.C. § 1915(g), this case is DISMISSED WITHOUT PREJUDICE because Plaintiff is subject to the three-strikes bar.

**DONE AND ORDERED** this   *24th* day of January, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge